IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ERIC F. HUIHUI                                                                                    PLAINTIFF

v.                                  CASE NO. 1:11CV00074 JTK

MICHAEL J. ASTRUE, *Commissioner*,
Social Security Administration                                                       DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 30th day of August, 2012.

_____
UNITED STATES MAGISTRATE JUDGE